**William DANIEL, Appellant,**

v.

**Larry CRAWFORD, Respondent.**

**No. WD 69609.**

Missouri Court of Appeals, Western District.

Feb. 3, 2009.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 31, 2009.

William Daniel, Cameron, MO, pro se.

Andrew W. Hassell, Jefferson City, MO, for Respondent.

Before: VICTOR C. HOWARD, Presiding Judge, JOSEPH M. ELLIS, Judge and ALOK AHUJA, Judge.

## ORDER

PER CURIAM:

William Daniel appeals from a judgment on the pleadings to Larry Crawford, Director of the Missouri Department of Corrections, in a declaratory judgment action filed by Daniel. After a thorough review of the record, we conclude that, viewing all well-pleaded facts in the petition to be true, the Department of Corrections is entitled to judgment as a matter of law. An extended opinion would have no precedential value, but a memorandum explaining our reasoning has been sent to the parties.

Judgment affirmed. Rule 84.16(b).